UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON T. GATES,

               Petitioner,

   v.

PATTI COLE-TINDALL,

               Respondent.

CASE NO. 2:24-cv-00014-KKE-BAT

**ORDER GRANTING APPLICATION TO PROCEED** *IN FORMA PAUPERIS*

Petitioner has filed a federal habeas petition under 28 U.S.C. § 2241, and an application seeking leave to proceed *in forma pauperis* (IFP). The Court GRANTS Petitioner's application to proceed IFP. Dkt.1. The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to petitioner.

DATED this 10th day of January, 2024.

                                                        BRIAN A. TSUCHIDA
                                                        United States Magistrate Judge